UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ROQUE ARANDA § | |
| § | |
| v. § | MISC. NO. C-06-2 |
| § | |
| DOUGLAS DRETKE § | |

## MEMORANDUM OPINION AND ORDER DENYING REQUEST FOR LEAVE TO FILE

On January 11, 2006, the United States Magistrate Judge filed his Memorandum and Recommendation in this cause (D.E. 2). Objections were timely filed (D.E. 4). Having reviewed *de novo* the Magistrate Judge's memorandum and recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, petitioner's request for leave to file a § 1983 action is DENIED.

ORDERED this ____30____ day of ____January____, 2006.

_____
HAYDEN HEAD
CHIEF JUDGE